**UNDER SEAL**

FILED
CHARLOTTE, N.C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

OCT 28 2008

U.S. DISTRICT COURT
W. DIST. OF N.C.

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:08CR 217-C |
|---|---|---|
| vs. | ) | **ORDER TO SEAL** |
| DONALD RUSSELL SANDERS | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Bill of Indictment, Warrant and the Motion to Seal the Bill of Indictment be sealed until the defendant has been arrested.

This the 28th day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE